IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AVON DAVIES, ) | No. C 15-04200 EJD (PR) |
| Plaintiff. ) | ORDER OF TRANSFER |

Plaintiff, a state prisoner proceeding pro se, filed the instant "Suit in Equity" under the California and Federal Declaratory Acts. (Docket No. 1.) Plaintiff seeks declaratory judgment against the California Department of Corrections and Rehabilitation, for allegedly depriving Plaintiff of due process in deciding Plaintiff's request for specialized medical care. (Id. at 2.) Because Plaintiff is currently incarcerated in Solano State Prison and the acts complained of occurred in Solano County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED:   1/28/2016

EDWARD J. DAVILA
United States District Judge

Order of Transfer
P:\PRO-SE\EJD\CR.15\04200Davies_transfer(ED).wpd